UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| CBE TENNIS, INC., CANNON FLETCHER, BILL DIRST, and ERIC KORITA | PLAINTIFFS |
| v.   Case No. 4:20-cv-176-JM | |
| COLONY SPECIALTY INSURANCE COMPANY a/k/a COLONY INSURANCE COMPANY; ARGO GROUP US, INC.; and TIMOTHY DUNLAVEY | DEFENDANTS |

## ORDER OF DISMISSAL

The Court has been notified that the parties have reached a settlement. The Complaint and all claims against the Defendants are hereby dismissed with prejudice. The Court retains complete jurisdiction for 30 days to resolve issues related to the settlement if necessary. The trial scheduled for May 17, 2021 is cancelled. The Clerk is directed to close the case.

IT IS SO ORDERED this 6th day of July, 2020.

_____
James M. Moody, Jr.
United States District Judge